# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-mj-1134-STV

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. CAVIN MOWER**, and
**2. TIMOTHY HOWELL,**
    a/k/a "Isaac Shelter,"
    a/k/a "Isaac Shetler,"

    **Defendants.**

## ORDER TO EXCLUDE TIME AND TO VACATE AND CONTINUE STATUS HEARING

Upon the unopposed motion of the Government and for good cause shown, and for the reasons stated in the motion and incorporated herein by reference, it is ORDERED as follows:

The time period from and including August 18, 2018 to September 17, 2018, is excluded in computing the time within which an indictment must be filed. 18 U.S.C. §§ 3161(b), 3161(h)(7)(A).

The status hearing of August 28, 2018 is continued to _____.

DATED this ___ day of August, 2018.

                                         BY THE COURT:

                                         MAGISTRATE JUDGE
                                         DISTRICT OF COLORADO